IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 09-234 |
| v. | |
| LAURENCE T. MCKINNEY, M.D. | **ORDER** |

THIS MATTER, having come before the Court upon Petition of attorney of record for defendant, Laurence T. McKinney, M.D., Joseph P. Grimes, Esquire, and for good cause shown, it is

ORDERED this 13th day of May, 2009 that the entry of appearance of Joseph P. Grimes, Esquire in the above matter is STRICKEN, *upon entry of appearance by new counsel*

BY THE COURT:

_____ J.