IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| LAURENCE T. McKINNEY, M.D. | : | NO. 09-234 |

**ORDER**

AND NOW, this 12th of March, 2010, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that Defendant's Motions to Suppress Statements and Physical Evidence (Doc. Nos. 35 and 38) are DENIED.

BY THE COURT:
/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

A:\09-234.Order.wpd