UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

     V.                                               :     CRIMINAL NO. 09-234

LAURENCE T. McKINNEY, M.D.   :

**GOVERNMENT'S WITNESS LIST**

| **Pharmacies** | **Employees** |
|---|---|
| Mayfair Pharmacy - Michael Pristas | Joyce Mack |
| Ramon Pharmacy | Maureen Miller |
| Oxford Circle Pharmacy | Emily Malave |
| Sousan Pharmacy | Lisa Okoorian |
| Olde Philly Pharmacy | Melody Mucerino |
| Port Richmond Pharmacy | Kelly Nimchuk |
| Rite Aid Pharmacy | |
| CVS Pharmacy - Walt Comisky | **Others** |
| Walgreen's Pharmacy | |
| Allegheny Apothecary | Kewalin Pass |
| Verree Pharmacy | Joseph Keiserman |
| | George E. Woody, M.D. |

| **Patients** | **Law Enforcement Officers** |
|---|---|
| Darlene Brough | HHS Special Agent Peter Freda |
| Susan F. Brzycki | DEA Diversion Investigator James Corbett |
| Mary Brzycki | Corporal Nicole Judge |
| Kathleen Brzycki | Officer John Coyne |
| Susan M. Brzycki | Officer Wayne Arnold |
| Colleen Curran | Officer Anthony Wilson |
| Brian Fosbenner | BNI representative |
| Thomas King | |
| Amy Rudnitskas | |
| Mark Schwartz | |
| Brian Worthington | |
| Robert Maines | |