**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA      :

      V.           :      **CRIMINAL NO. 09-234**

LAURENCE T. McKINNEY, M.D.    :

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT # | DATE | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 1 | | Mayfair Pharmacy computer-generated prescription profile for McKinney | Pristas | |
| 1A | | Mayfair Pharmacy Percocet and Xanax prescriptions ordered by McKinney | Pristas | |
| 2 | | Mayfair Pharmacy relevant Percocet prescriptions | Pristas | |
| 3 | | Mayfair Pharmacy relevant Xanax prescriptions | Pristas | |
| 4 | | Port Richmond Pharmacy Percocet prescriptions ordered by McKinney | | |
| 5 | | Port Richmond Pharmacy Xanax prescriptions ordered by McKinney | | |
| 6 | | Allegheny Apothecary computer-generated prescription profile for McKinney | | |
| 7 | | Allegheny Apothecary Percocet prescriptions ordered by McKinney | | |
| 8 | | Allegheny Apothecary Xanax prescriptions ordered by McKinney | | |
| 9 | | Olde Philly Pharmacy computer-generated prescription profile for McKinney | | |
| 10 | | Oxford Circle Pharmacy computer-generated prescription profile for McKinney | | |
| 11 | | Oxford Circle Pharmacy Percocet prescriptions ordered by McKinney | | |

| EXHIBIT # | DATE | DESCRIPTION | WITNESS | ADMITTED |
|-----------|------|-------------|---------|----------|
| 12 | | Oxford Circle Pharmacy Xanax prescriptions ordered by McKinney | | |
| 13 | | Sousan Pharmacy computer-generated prescription profile for McKinney | | |
| 14 | | Sousan Pharmacy Percocet prescriptions ordered by McKinney | | |
| 15 | | Sousan Pharmacy Xanax prescriptions ordered by McKinney | | |
| 16 | | Ramon Pharmacy computer-generated prescription profile for McKinney | | |
| 17 | | Ramon Pharmacy Percocet prescriptions ordered by McKinney | | |
| 18 | | Ramon Pharmacy Xanax prescriptions ordered by McKinney | | |
| 19 | | CVS Pharmacy computer-generated prescription profile for McKinney | Walt Comisky | |
| 20 | | CVS Pharmacy Percocet prescriptions ordered by McKinney | | |
| 21 | | CVS Pharmacy Xanax prescriptions ordered by McKinney | | |
| 22 | | Walgreen's Pharmacy computer-generated prescription profile for McKinney | | |
| 23 | | Walgreen's Pharmacy Percocet prescriptions ordered by McKinney | | |
| 24 | | Walgreen's Pharmacy Xanax prescriptions ordered by McKinney | | |
| 25 | | Rite Aid Pharmacy computer-generated prescription profile for McKinney | | |
| 26 | | Rite Aid Pharmacy Percocet prescriptions ordered by McKinney | | |
| 27 | | Rite Aid Pharmacy Xanax prescriptions ordered by McKinney | | |

| EXHIBIT # | DATE | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 28 | | Med Rite Pharmacy prescriptions ordered by McKinney | Freda | |
| 29 | | Paper signs from McKinney's office seized 2/5/08 | Malave | |
| 30 | | McKinney Patient Information Forms | Malave | |
| 31 | | Surveillance video | Okoorian and Floyd | |
| 32A, 32B, 32C | | Darlene Brough patient files | Brough | |
| 33A, 33B | | Colleen Curran patient files | Curran | |
| 34 | | Susan F. Brzycki patient file | Susan F. Brzycki | |
| 34A | 1/9/08 | Susan F. Brzycki Percocet prescription | Susan F. Brzycki | |
| 34B | 1/9/08 | Susan F. Brzycki Xanax prescription | Susan F. Brzycki | |
| 35 | | Mary Brzycki patient file | M. Brzycki | |
| 35A | 12/24/07 | Mary Brzycki Percocet prescription | M. Brzycki | |
| 35B | 12/23/07 | Mary Brzycki Xanax prescription | M. Brzycki | |
| 36 | | Kathleen Brzycki patient file | K. Brzycki | |
| 36A | 12/24/07 | Kathleen Brzycki Percocet prescription | K. Brzycki | |
| 37 | | Susan M. Brzycki patient file | Susan M. Brzycki | |
| 37A | 12/21/07 | Susan M. Brzycki Percocet prescription | Susan M. Brzycki | |
| 37C | 1/27/08 | Susan M. Brzycki Percocet prescription | Susan M. Brzycki | |
| 37D | 1/27/08 | Susan M. Brzycki Xanax prescription | Susan M. Brzycki | |
| 38 | | Mark Schwartz patient file | Schwartz | |

| EXHIBIT # | DATE | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 39 | | Brian Fosbenner patient file | Fosbenner | |
| 39A | 11/26/07 | Brian Fosbenner Percocet prescription | Fosbenner | |
| 39B | 11/26/07 | Brian Fosbenner Xanax prescription | Fosbenner | |
| 39C | 12/24/07 | Brian Fosbenner Percocet prescription | Fosbenner | |
| 39D | 12/24/07 | Brian Fosbenner Xanax prescription | Fosbenner | |
| 40 | | Photographs of McKinney's office | Keiserman | |
| 41 | | Nicole Hodge patient file | Corp. Judge | |
| 41A | 1/22/08 | Nicole Hodge Soma prescription | Corp. Judge | |
| 41B | 1/22/08 | Nicole Hodge Vicoprofin prescription | Corp. Judge | |
| 42, 42A | 12/6/07 | Video recording and transcript | Corp. Judge | |
| 43, 43A | 1/22/08 | Video recording and transcript | Corp. Judge | |
| 44A, 44B | 1/22/08 | Nicole Hodge prescriptions | Corp. Judge | |
| 45 | 1/22/08 | John Rio Percocet prescription ordered by McKinney | Ofr. Coyne | |
| 45A | 1/22/08 | Copies of John Rio Percocet and Xanax prescriptions | Ofr. Coyne | |
| 46 | 1/22/08 | John Rio Xanax prescription ordered by McKinney | Ofr. Coyne | |
| 47 | | Amy Rudnitskas patient file | Rudnitskas | |
| 48 | 7/16/07 | Amy Rudnitskas Percocet prescription ordered by McKinney | Rudnitskas | |
| 49 | 8/19/07 | Amy Rudnitskas Percocet prescription ordered by McKinney | Rudnitskas | |
| 50 | 9/7/07 | Amy Rudnitskas Percocet prescription ordered by McKinney | Rudnitskas | |
| 51 | 10/18/07 | Amy Rudnitskas Percocet prescription ordered by McKinney | Rudnitskas | |
| 52 | 11/26/07 | Amy Rudnitskas Percocet prescription ordered by McKinney | Rudnitskas | |

| EXHIBIT # | DATE | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 53 | 1/22/08 | Amy Rudnitskas Percocet prescription ordered by McKinney | Rudnitskas | |
| 54 | 8/18/07 | Amy Rudnitskas Xanax prescription ordered by McKinney | Rudnitskas | |
| 55 | 10/9/07 | Amy Rudnitskas Xanax prescription ordered by McKinney | Rudnitskas | |
| 56 | 11/26/07 | Amy Rudnitskas Xanax prescription ordered by McKinney | Rudnitskas | |
| 57 | 1/17/08 | Amy Rudnitskas Xanax prescription ordered by McKinney | Rudnitskas | |
| 58 | | Thomas King patient file | King | |
| 59 | 9/7/07 | Thomas King Percocet prescription ordered by McKinney | King | |
| 60 | 9/21/07 | Thomas King Percocet prescription ordered by McKinney | King | |
| 61 | 10/6/07 | Thomas King Percocet prescription ordered by McKinney | King | |
| 62 | 10/17/07 | Thomas King Percocet prescription ordered by McKinney | King | |
| 63 | 10/23/07 | Thomas King Percocet prescription ordered by McKinney | King | |
| 64 | 11/15/07 | Thomas King Percocet prescription ordered by McKinney | King | |
| 65 | 1/14/08 | Thomas King Percocet prescription ordered by McKinney | King | |
| 66 | 1/28/08 | Thomas King Percocet prescription ordered by McKinney | King | |
| 67 | 9/7/07 | Thomas King Xanax prescription ordered by McKinney | King | |
| 68 | 10/23/07 | Thomas King Xanax prescription ordered by McKinney | King | |

| EXHIBIT # | DATE | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 69 | | Brian Worthington patient file | Worthington | |
| 70 | | Melody Mucerino patient file | Mucerino | |
| 71 | | Anthony Wilson patient file | Ofr. Floyd | |
| 71A | | Copies of Anthony Wilson Percocet and Xanax prescriptions | Ofr. Floyd | |
| 72 | 12/14/07 | Anthony Wilson Percocet prescription ordered by McKinney | Ofr. Floyd | |
| 73 | 12/14/07 | Anthony Wilson Xanax prescription ordered by McKinney | Ofr. Floyd | |
| 74, 74A | 1/3/08 | Video recording and transcript | Ofr. Floyd | |
| 75 | 1/3/08 | Anthony Wilson Percocet prescription ordered by McKinney | Ofr. Floyd | |
| 76 | 1/3/08 | Anthony Wilson Xanax prescription ordered by McKinney | Ofr. Floyd | |
| 77, 77A | 1/18/08 | Video recording and transcript | Ofr. Floyd | |
| 78 | 1/18/08 | Anthony Wilson Percocet prescription ordered by McKinney | Ofr. Floyd | |
| 79 | 1/18/08 | Anthony Wilson Xanax prescription ordered by McKinney | Ofr. Floyd | |
| 80 | 1/30/08 | Police surveillance video | Ofr. Floyd | |
| 81, 81A | 1/30/08 | Video recording and transcript | Ofr. Floyd | |
| 82 | 1/30/08 | Anthony Wilson Percocet prescription ordered by McKinney | Ofr. Floyd | |
| 83 | 1/30/08 | Anthony Wilson Xanax prescription ordered by McKinney | Ofr. Floyd | |
| 84 | 1/30/08 | Tihesha Wilson Percocet prescription ordered by McKinney | Ofr. Floyd | |
| 85 | 1/30/08 | Tihesha Wilson Xanax prescription ordered by McKinney | Ofr. Floyd | |
| 86 | 1/18/08 | Richard Johnson Percocet prescription ordered by McKinney | Ofr. Arnold | |

| EXHIBIT # | DATE | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 87 | 1/18/08 | Richard Johnson Xanax prescription ordered by McKinney | Ofr. Arnold | |
| 88 | 1/30/08 | Richard Johnson Percocet prescription ordered by McKinney | Ofr. Arnold | |
| 89 | 1/30/08 | Richard Johnson Xanax prescription ordered by McKinney | Ofr. Arnold | |
| 90 | 10/2/08 | BD 6 Report for McKinney | | |
| 91 | 3/13/09 | Report of George E. Woody, M.D. | Dr. Woody | |
| 92 | | Map of McKinney's office | Corbett | |
| 93 | | Percocet Table | Corbett | |
| 94 | | Xanax Table | Corbett | |