IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| LAURENCE T. McKINNEY, M.D. | : | NO. 09-234 |

## **ORDER**

AND NOW, this 24th day of August, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motions for Judgment of Acquittal (Doc. Nos. 103, 106 and 130) are DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\09-234 McKinney, US v\US v. McKinney - Order Judgment Acquittal.wpd